1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7301
7     Facsimile: (415) 436-6753
      E-Mail:    Christine.Wong@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

FEB 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                       UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA         )   No. 09-00092 WHA
                                     )
15                                   )
         v.                          )
16                                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER DOCUMENTING WAIVER
17  TINA ADDI,                       )
                                     )
18       Defendant.                  )
                                     )
19  _____  )
                                     )
20

21      On February 4, 2009, defendant Tina Addi, appeared with her counsel, Blair Perilman,
22  Esq., standing in for Mark Rosenbush, Esq., before Magistrate Judge Maria-Elena James for
23  arraignment on the above-captioned indictment. Following arraignment, the defendant was
24  ordered to appear before Magistrate Judge James on February 11, 2009, for a detention hearing.
25  The defendant waived the detention hearing without prejudice, and was ordered to appear before
26  Judge William H. Alsup at 2:00 pm on February 24, 2009, for an initial appearance/status
27  conference before the District Court. With the agreement of the parties and with the consent of
28

1  the defendant, the Court enters this order confirming the exclusion of time under the Speedy
2  Trial Act from February 4, 2009 through February 24, 2009. The parties agree and stipulate, and
3  the Court finds and holds, as follows:
4      1.    The defendant, Tina Addi, with her counsel, Blair Perilman, Esq., standing in for
5  Mark Rosenbush, Esq., appeared before the Court on February 4, 2009, for arraignment and
6  entered a plea of not guilty to indictment CR-09-00092-WHA. The parties requested, and the
7  Court ordered, the exclusion of time under the Speedy Trial Act from February 4, 2009 through
8  February 11, 2009, to allow for the Government to produce discovery and to allow for counsel to
9  receive and begin reviewing discovery, which would ensure the effective preparation of counsel.
10     2.    Following arraignment, the defendant was ordered to appear before the Court on
11 February 11, 2009, for a detention hearing.
12     3.    On February 11, 2009, the defendant waived the detention hearing without
13 prejudice and was ordered to appear before Judge William H. Alsup at 2:00 pm on February 24,
14 2009 for an initial appearance/status conference before the District Court. The parties requested,
15 and the Court ordered, the exclusion of time under the Speedy Trial Act from February 11, 2009
16 through February 24, 2009, to allow for counsel to receive and begin reviewing discovery, which
17 would ensure the effective preparation of counsel.
18     4.    Accordingly, the Court finds that the ends of justice served by excluding the
19 period from February 4, 2009 to February 24, 2009 from Speedy Trial Act calculations outweighs
20 the interests of the public and the defendant to a speedy trial, by ensuring the effective
21 preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).
22
23 STIPULATED:
24
25 DATED: February 11, 2009              /s/
                                     MARK ROSENBUSH, ESQ.
26                                     Attorney for TINA ADDI
27
28

1  DATED: February 11, 2009

/s/
CHRISTINE Y. WONG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 12, 2009

HON. MARIA-ELENA JAMES
United States Magistrate Judge